UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 MAR 27 PM 3:24

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:14-CR-42 |
| ) | |
| DEVON HOLMES ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about the 11th day of May, 2013, in the District of Vermont, the defendant, DEVON HOLMES, in connection with the acquisition of two firearms, namely, a Jimenez Arms Model J.A. Nine, .9mm semi-automatic pistol, serial # 219121, and a Davis Industries, Model D32, .32 cal. derringer, serial # 242438, from Datillio's Gun Shop in South Burlington, Vermont, a licensed dealer of firearms, knowingly caused another person to make a false and fictitious written statement to such dealer, which statement was intended and likely to deceive such dealer as to a fact material to the lawfulness of the sale.

(18 U.S.C. §§ 2, 922(a)(6) and 924(a)(2))

COUNT 2

On or about May 11 - 14, 2013, in the District of Vermont, the defendant, DEVON HOLMES, who had been convicted of crimes punishable by a term of imprisonment for a term exceeding one year, namely:

- Attempted Robbery - 2d, Supreme Court of the State of New York, Kings County, 2006;

- Attempted Robbery - 2d, Supreme Court of the State of New York, Kings County, 2006;

- Grand Larceny - 4, Supreme Court of the State of New York, Kings County, 2006;

did knowingly possess firearms, namely, a Jimenez Arms Model J.A. Nine, .9mm semi-automatic pistol, serial # 219121, and a Davis Industries, Model D32, .32 cal. derringer, serial # 242438, said firearms having been shipped and transported in interstate commerce.

(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

A TRUE BILL

F[...]

T.J. Coffin (wsp)
TRISTRAM J. COFFIN
UNITED STATES ATTORNEY
Burlington, Vermont
March 27, 2014

2